FILED
CLERK, U.S. DISTRICT COURT
7/21/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___DD___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2020 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>     v.<br><br>SERGIO MALDONADO-REVELES,<br>   aka "Sergio Maldonado Reveles,"<br>       "Sergio Maldonado,"<br>       "Raul Sonny Juarez,"<br>       "Jose Jimenez," and<br>       "Raul Juarez,"<br><br>         Defendant. | CR 2:20-cr-00301-VAP<br><br>I N D I C T M E N T<br><br>[8 U.S.C. §§ 1326(a), (b)(1), (b)(2): Illegal Alien Found in the United States Following Deportation] |

The Grand Jury charges:

[8 U.S.C. §§ 1326(a), (b)(1), (b)(2)]

On or about March 16, 2020, defendant SERGIO MALDONADO-REVELES, also known as "Sergio Maldonado Reveles," "Sergio Maldonado," "Raul Sonny Juarez," "Jose Jimenez," and "Raul Juarez," an alien, who had been officially deported and removed from the United States on or about February 2, 2004, October 3, 2007, April 6, 2010, and December 12, 2016, was found in Los Angeles County, within the Central District of California, after knowingly and voluntarily re-entering

and remaining in the United States without having obtained permission from the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States following deportation and removal.

At least one of defendant MALDONADO REVELES' previously alleged deportations and removals from the United States occurred subsequent to one or more of defendant MALDONADO REVELES' convictions for the following aggravated felonies:

(1) Possession for Sale of a Controlled Substance, to wit: Cocaine, in violation of California Health and Safety Code Section 11351, on or about December 5, 2003, in the Superior Court of the State of California, County of Los Angeles, case number KA064031, a drug trafficking crime and felony under the Controlled Substances Act;

(2) Making Criminal Threats, in violation of California Penal Code Section 422, on or about February 28, 2007, in the Superior Court of the State of California, County of Los Angeles, case number VA099142, a crime of violence for which a sentence of at least one year was imposed; and

(3) Possession for Sale of a Controlled Substance, to wit: Cocaine, in violation of California Health and Safety Code Section 11351, on or about September 24, 2015, in the Superior Court of the State of California, County of Los Angeles, case number BA426515, a drug trafficking crime and a felony under the Controlled Substances Act.

Additionally, at least one of defendant MALDONADO REVELES' previously alleged deportations and removals from the United States occurred subsequent to one or more of defendant MALDONADO REVELES'

convictions for the following felonies:

(1) Possession for Sale of a Controlled Substance, to wit: Methamphetamine, in violation of California Health and Safety Code Section 11378, with an enhancement for Weight Exceeding Four Kilograms, under California Health and Safety Code Section 11370.4(b)(2), on or about September 24, 2015, in the Superior Court of the State of California, County of Los Angeles, case number BA426515; and

(2) Possess Controlled Substance with Firearm, in violation of California Health and Safety Code Section 11370.1(a), on or about September 24, 2015, in the Superior Court of the State of California, County of Los Angeles, case number BA426515.

A TRUE BILL

/S/
Foreperson

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

*[signature]*

ALLISON L. WESTFAHL KONG
Assistant United States Attorney
Chief, General Crimes Section

SHAWN J. NELSON
Assistant United States Attorney
Acting Deputy Chief,
General Crimes Section

MATTHEW C. CHAN
Special Assistant United States Attorney, General Crimes Section